IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 02:05cr0367-02 |
| | ) | |
| JUSTIN D. TOWLER | ) | |

**ORDER OF COURT**

Before the Court for disposition is the MOTION IN LIMINE AND/OR MOTION TO STIPULATE TO § 922(g)(1)'s PRIOR - CONVICTION ELEMENT filed by Defendant, Justin D. Towler (Document No. 38), and the Government's Response (Document No. 39).

The government has represented that it "agrees to a stipulation whereby the defendants admit to being previously convicted to a crime punishable by imprisonment exceeding one year." Govt's response at 2.

Accordingly, this 19th day of January, 2006, it is hereby **ORDERED** that the Motion in Limine And/or Motion to Stipulate to § 922(g)(1)'s Prior - Conviction Element is **GRANTED**.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:   Ross E. Lenhardt,
      Assistant U.S. Attorney
      Email: Ross.Lenhardt@usdoj.gov

      David A. Regoli, Esquire
      Email: dregoli@georgeandjoseph.com