IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 02:  05cr0367-02 |
| | ) |        07cr0095 |
| JUSTIN D. TOWLER | ) | |

**ORDER OF COURT**

**AND NOW**, this 26th day of June, 2007, upon consideration of Defendant's request to continue his sentencing in light of the proposed guideline amendment by the United States Sentencing Commission to the current advisory crack-cocaine sentencing guideline, and in view of the fact that Defendant is currently incarcerated and will remain so, Defendant's request to continue his sentencing is **GRANTED.**  The sentencing proceeding will be rescheduled after the final determination of the proposed guideline.


BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:     Ross E. Lenhardt,
        Assistant U.S. Attorney
        Email: Ross.Lenhardt@usdoj.gov

        Michael Leo Ivory,
        Assistant U.S. Attorney
        Email: michael.ivory@usdoj.gov

        Christopher B. Brown,
        Assistant Federal Public Defender
        Email: christopher_brown@fd.org

        Michael J. Novara,
        First Assistant Federal Public Defender
        Email: Michael_Novara@fd.org